THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GAISER, Appellant.— Judgment of conviction affirmed. All concur; Davis, J., not sitting.

In the Matter of the Claim of JACOB WILSON, Respondent, against the Estate of SUBMIT E. HALLAM, Deceased. DORA R. FROST, as Administratrix, etc., Appellant.— Decrees affirmed, with costs of this appeal to be paid personally by the appellant. All concur; Davis, J., not sitting.

In the Matter of the Construction of the Last Will and Testament of DAVID J. DEWEY, Deceased.— Decree affirmed, with costs of this appeal to be paid personally by the appellant. All concur; Davis, J., not sitting.

BENJAMIN N. SCHAFFER, Appellant, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. All concur; Davis, J., not sitting.

JOSEPH BOCCHINO, as Administrator, etc., of ANTONIO FERRARO, Deceased, Respondent, v. FORTUNATO PRUMO, Defendant, Impleaded with MASSIMILIANO FERRARO, Appellant.— Judgment modified by deducting therefrom as of the date of its entry the sum of seventy-six dollars, and as thus modified, judgment and order affirmed, without costs of this appeal to either party. All concur; Davis, J., not sitting.

CHARLES H. COON, as Administrator, etc., of MINNIE J. COON, Deceased, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Davis, J., not sitting.

CHARLES C. ROSS, Respondent, v. ELMIRA, CORNING AND WAVERLY RAILWAY, Appellant.— Judgment affirmed, with costs. All concur; Davis, J., not sitting.

LUCY FALK, as Administratrix, etc., of LUCY COSGROVE, Deceased, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Davis, J., not sitting.

WILLIAM A. AUSTIN, Appellant, v. LEE J. SLOCUM and Another, Respondents.— Judgment modified by striking out all provisions adjudicating the title to be in the defendants Lee J. Slocum and Edith Slocum, and as modified affirmed, with costs to the respondents. Findings of fact numbered 3, 4, 5, 6 and 7, and conclusion of law number II disallowed and reversed and new findings made. All concur; Davis, J., not sitting.

MAX PHILLIPS, Respondent, v. ELMIRA, CORNING AND WAVERLY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Davis, J., not sitting.

JOSEPH LANSKY and Another, Respondents, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concur; Davis, J., not sitting.

CHARLES W. MOODY, Appellant, v. FANNIE SOPER, Sued as FANNIE MOODY, Respondent.— Judgment affirmed, with costs. All concur; Davis, J., not sitting.

PATRICK J. COLLINS, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to change decision of affirmance denied, with ten dollars costs, and motion for leave to appeal to the Court of Appeals denied. Sears, J., not sitting.

GRANGER & COMPANY and Another, Appellants, v. CHARLES W. FINK and Others, Respondents, Impleaded.— Motion for reargument denied, with ten dollars costs.